PER CURIAM.—Upon motion of counsel for respective parties, this cause is hereby dismissed as settled.

*Messrs. Hartman & Hartman,* for Appellant.

*Mr. John A. Luce,* for Respondents.

32 603
Case 1
s33 311

No. 2,183.—W. T. PERHAM, APPELLANT, *v.* H. J. SMITH ET AL., RESPONDENTS.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal from judgment.

Decided April 17, 1905.

PER CURIAM.—Respondent's motion to dismiss the appeal from the judgment herein is sustained, and the appeal from the judgment hereby dismissed.

*Messrs. McBride & McBride,* and *Mr. J. Bruce Kremer,* for Appellant.

*Mr. Robert B. Smith,* for Respondents.

Nos. 2,138 and 2,139.—THE STATE OF MONTANA EX REL. MICHAEL DONLAN, RELATOR, *v.* THE SECOND JUDICIAL DISTRICT COURT, IN AND FOR THE COUNTY OF SILVER BOW ET AL., RESPONDENTS.

*Mr. Geo. F. Shelton, Mr. Bernard Noon,* and *Mr. C. F. Kelley,* for Relator.

*Mr. T. J. Walsh,* for Respondents.